United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 7, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-21033
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN FERNANDO LICEA-CEDILLO, also known as Cacahuate,
also known as Alvaro Galicia Castro,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:03-CR-275-1
--------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:[*]

Juan Fernando Licea-Cedillo (Licea) appeals his guilty-plea

conviction for conspiracy to transport and harbor undocumented

aliens for financial gain, resulting in death.  Licea argues that

the Government breached the plea agreement by failing to move for

a reduction based on his acceptance of responsibility.

Because Licea did not raise this argument in the district

court, review is for plain error.  See United States v. Reeves,

255 F.3d 208, 210 (5th Cir. 2001).  Even if the Government

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

breached the plea agreement, Licea has not demonstrated that any error affected his substantial rights.  See United States v. Miller, 406 F.3d 323, 335-36 (5th Cir.), cert. denied, 126 S. Ct. 207 (2005).  The district court clearly and repeatedly rejected Licea's denial that he oversaw the placement of the aliens into the grain car, as well as his argument that he was not, as part of the conspiracy, responsible for the actions which led to the deaths of eleven aliens.

Accordingly, the judgment is AFFIRMED.